# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| KEVIN D., and HILARY S., individually and on behalf of J.D., a minor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-934 |
| BLUE CROSS and BLUE SHIELD of SOUTH CAROLINA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin D. and Hilary S., on behalf of J.D, a minor

Date: 11/08/2019

*Attorney's signature*

Michael P. Williamson, BOPR #009700
*Printed name and bar number*

P. O. Box 41771
Nashvile, TN 37204
*Address*

willex211@aol.com
*E-mail address*

(615) 726-0808
*Telephone number*

(888) 620-7700
*FAX number*