IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN D. and HILARY S., individually and on behalf of J.D., a minor,<br><br>　　Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA and the GROUP MEDICAL BENEFITS PLAN for the EMPLOYEES OF NELSON RILEY & SCARBOROUGH, L.L.P.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:19-cv-00934<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motions for Judgment on the Administrative Record (Doc. Nos. 53, 55) are **GRANTED**, and the plaintiffs' Motion for Summary Judgment (Doc. No. 49) is **DENIED**. This case is **DISMISSED**.

The Clerk shall enter judgment for the defendants in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　　United States District Judge